No. 190. NARDONE ET AL. *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Louis Halle, Joseph P. Nolan,* and *Thomas O'R. Gallagher* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for the United States.

No. 197. ADAM *v.* SAENGER ET AL. October 11, 1937. Petition for writ of certiorari to the Court of Civil Appeals, 9th Supreme Judicial District, of Texas, granted. *Mr. M. G. Adams* for petitioner. *Mr. Oliver J. Todd* for respondents.

No. 215. TAX COMMISSIONER *v.* WILBUR ET AL., Co-TRUSTEES. October 11, 1937. Petition for writ of certiorari to the Court of Appeals of Cuyahoga County, Ohio, granted. *Messrs. Herbert S. Duffy, A. F. O'Neil, Will P. Stephenson,* and *W. H. Middleton, Jr.,* for petitioner. *Messrs. Harold T. Clark, Atlee Pomerene,* and *Edwin H. Chaney* for respondents.

No. 218. MUNRO *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. George Clinton, Jr.,* and *Alger A. Williams* for petitioner. *Solicitor General Reed,* and *Messrs. Julius C. Martin, Wilber C. Pickett, Fendall Marbury,* and *W. Marvin Smith* for the United States.

No. 231. UNITED STATES *v.* ESNAULT-PELTERIE. October 11, 1937. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Reed* for the United